IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-31287
_____

JOSEPH CURLEY BABINEAUX, Etc., Et Al.,

Plaintiffs,

JOSEPH CURLEY BABINEAUX, Individually
& on behalf of Bradley Babineaux on
behalf of Brandon Babineaux on behalf
of Billy Babineaux on behalf of David
Babineaux,

Plaintiff-Appellant,

v.

M & W TANK CONSTRUCTION CO, INC.; ET AL.,

Defendants,

M & W TANK CONSTRUCTION CO., INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(98-CV-1209)
_____

November 2, 1999

Before GARWOOD, SMITH and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appellant Joseph Curley Babineaux ("Babineaux") appeals from

the determination of the district court denying remand and

granting summary judgment to appellee M&W Tank Construction, Inc.

_____

[*] Pursuant to 5th Cir. Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th
Cir. Rule 47.5.4.

("M&W") for the reason that Babineaux had failed to raise a genuine issue of material fact sufficient to establish the intentional tort exception to the Louisiana Worker's Compensation Act, La. R.S. 23:1032.  For the reasons stated by the district court in its memorandum ruling of September 10, 1998, we agree that Babineaux cannot recover against M&W.  <u>See</u> <u>also</u> <u>Reeves v. Structural Preservation Sys.</u>, 731 So. 2d 208, 212 (La. 1999). Denial of remand and granting summary judgment were therefore proper.

Appellee M-I Drilling Fluids, LLC. ("M-I") intervened to argue that Babineaux is covered by the Longshore and Harbor Workers' Compensation Act, and that it provides his exclusive remedy against his employer.  We observe, however, that the district court neither considered nor issued a judgment in these matters.  Inasmuch as we consider this case under a Federal Rule of Civil Procedure 54(b) certification of a final order for immediate appeal, we have no jurisdiction to consider M-I's claims because, obviously, the district court certified no final judgment with respect to these issues.

AFFIRMED

2